# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Juanel Anthony Mikulak El Bay,                      Civil No. 19-34 (MJD/ECW)

      Petitioner,

v.

                                                                            **Order**

Dakota County Sheriff's Office,
Tim Leslie and Dakota County Jail,

      Respondents.

---

Petitioner is *pro se.*

Heather Pipenhagen, Assistant Dakota County Attorney, Counsel for Respondents.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowen Wright dated February 19, 2019 recommending that this Court deny his petition for habeas relief without prejudice. Petitioner objects to the Report and Recommendation, claiming he is being prosecuted in bad faith, his rights are being violated and his Peace and Friendship Treaty is not being honored.

1

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. The Petition (Doc. No. 1) is **DENIED WITHOUT PREJUDICE**;

2. The IFP Application (Doc. No. 2) is **DENIED AS MOOT;**

3. This matter is **DISMISSED**; and

4. The Court will not issue a certificate of appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: March 28, 2019
s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court